AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JONATHON JOHNSON,
DORIS JOHNSON
    Plaintiffs
        v.
SUN & CHANG CORPORATION
    Defendant

**Civil Action No.**   3:20-cv-256

SUN & CHANG CORPORATION
    Counter Claimant
        v.
DORIS JOHNSON,
JONATHON JOHNSON
    Counter Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:  This case is DISMISSED for lack of subject matter jurisdiction without prejudice to these claims being pursued in state court.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a Motion for Partial Summary Judgment.

DATE:   November 18, 2021                    GARY T. BELL, CLERK OF COURT

                                                        by     s/N. Long
                                                                          *Signature of Clerk or Deputy Clerk*