AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JONATHON JOHNSON,
DORIS JOHNSON
     Plaintiffs
             v.
SUN & CHANG CORPORATION
     Defendant

SUN & CHANG CORPORATION
     Counter Claimant
             v.
DORIS JOHNSON,
JONATHON JOHNSON
     Counter Defendants

**Civil Action No**.   3:20-cv-256

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:  Judgment is ENTERED in favor of Defendant Sun & Chang Corporation and against plaintiffs Doris Johnson and Jonathon Johnson on the FLSA claims. The remaining state law claims are DISMISSED without prejudice to these claims being pursued in state court.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by <u>Judge Damon R. Leichty on a Motion for Partial Summary Judgment.</u>

DATE:  <u>  November 22, 2021  </u>                              GARY T. BELL, CLERK OF COURT

                                                                                by<u>      s/N. Long                         </u>
                                                                                      *Signature of Clerk or Deputy Clerk*